IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL MCCOY,

       Plaintiff,

    v.                                   CASE NO.:

CITY OF JACKSONVILLE,

       Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441-1449 and Rule 1.06 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant CITY OF JACKSONVILLE, files this Notice of Removal, and states:

1.    This case arises out of a dispute between the Plaintiff and the City of Jacksonville regarding permitting and zoning issues associated with a large stone wall and structure that the Plaintiff and his agents built on the Plaintiff's residential property.

2.    On August 22, 2025, Plaintiff commenced this action in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, Case No.: 16-2025-CA-005184; Div. CV-A.

3.    On September 5, 2025, Defendant was served with the Summons and Complaint, constituting the City's first receipt of the initial pleading in this action.

4.      In Count I of his complaint, Plaintiff asserts a procedural due process violation associated with an administrative hearing related to the permitting and zoning of the stone wall and structure on his residential property.  The adjudication of this claim depends upon the application of federal law.

5.      In Count II of his complaint, Plaintiff requests a declaratory judgment under Chapter 86, *Florida Statutes* regarding the proper application of City of Jacksonville Ordinance Code Section 656.402(b).

6.      In Count III of his Complaint, Plaintiff alleges that the City of Jacksonville Ordinance Code provision at issue in this case is unconstitutionally vague as applied to Plaintiff's property. The adjudication of this claim depends on the application of federal law.

7.      In Count IV of his Complaint, Plaintiff alleges the City of Jacksonville's enforcement of the Ordinance Code provision at issue has violated the Plaintiff's right to substantive due process under the Fourteenth Amendment to the United States Constitution. The adjudication of this claim depends on the application of federal law.

8.      In Count V of his Complaint, Plaintiff alleges that the City of Jacksonville's enforcement of the Ordinance Code provision at issue has deprived the Plaintiff of all, or substantially all, economically beneficial and productive use of his property, thus constituting a regulatory taking without just compensation as prohibited by the Fifth and Fourteenth Amendments to

the United States Constitution. The adjudication of this claim depends on the application of federal law.

9.      This Court has original jurisdiction over Counts I, III, IV, and V of the Plaintiff's Complaint under the provisions of 28 U.S.C. § 1331. These claims are therefore removeable pursuant to 28 U.S.C. § 1441(a).

10.     This Court further has supplemental jurisdiction over Count II of the Plaintiff's Complaint under 28 U.S.C. § 1367(a). The Defendant, City of Jacksonville, respectfully requests this Court exercise supplemental jurisdiction over Count II as it relates to the other claims in the action that are within the Court's original jurisdiction so as to form part of the same case or controversy under Article III of the United States Constitution. Further, Count II does not substantially predominate over the other four claims over which the district court has original jurisdiction.

11.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), a true and legible copy of the complete state court file is submitted herewith.

12.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after service of summons on the Defendant, City of Jacksonville.

13.     Because this action is pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, venue for removal is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1441(a) and Middle District of Florida Local Rule 1.06(a).

14.     Pursuant to 28 U.S.C. § 1446(d), Defendant, City of Jacksonville, is serving this Notice of Removal on the adverse party and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit A.**

**WHEREFORE**, Defendant, City of Jacksonville, respectfully requests that the action now pending in the Fourth Judicial Circuit, Duval County, Florida, be removed to this Court.

**DATED: SEPTEMBER 24, 2025**

**OFFICE OF GENERAL COUNSEL**
**CITY OF JACKSONVILLE**

 */s/ Laura C. Hartung*
**LAURA C. HARTUNG**
**ASSISTANT GENERAL COUNSEL**
Florida Bar No.: 1025849
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5063
Facsimile: (904) 255-5120
Primary E-mail: lhartung1@coj.net
Secondary E-mail: nataylaa@coj.net
*Attorney for Defendant*

**MARY MARGARET GIANNINI**
**ASSISTANT GENERAL COUNSEL**
**LEAD COUNSEL**
Florida Bar No.: 1005572
117 West Duval Street, Suite 480
Jacksonville, FL  32202
Telephone: (904) 255-5079
Facsimile: (904) 255-5120
Primary E-mail: mgiannini@coj.net
Secondary E-mail: ipatori@coj.net

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 24th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

<u>*/s/ Laura C. Hartung*</u>
Assistant General Counsel